## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| TGF PRECISION HAIRCUTTERS, INC. | § | |
| AND BRELIAN, INC., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 04-1895 |
| | § | |
| CATHY LUNSFORD LOWRY, | § | |
|     Defendant. | § | |

## ORDER

Counsel for TGF Precision Haircutters, Inc. ("TGF") filed a "Motion for Sanctions" [Doc. # 26] in this case on May 13, 2005.  All the conduct which forms the basis for the motion occurred in a different case, *Johnson, et al. v. TGF Precision Haircutters, Inc.*, Civil Action No. H-03-3641, pending before the Honorable Ewing Werlein.  In the Motion, Plaintiff TGF refers to itself as the Defendant, its status in the *Johnson* case.  Moreover, the requested sanction is reconsideration of a prior ruling by Judge Werlein in the *Johnson* case. It appearing that the Motion for Sanctions was improperly filed in this case instead of in the *Johnson* case, it is hereby

**ORDERED** that Motion for Sanctions [Doc. # 26] is **STRICKEN** to be refiled in the *Johnson* case by counsel for TGF.

SIGNED at Houston, Texas, this **17th** day of **May, 2005**.

Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2004\1895.wpd   050517.1041